UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM TYSON,
CENTRAL PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, BY ITS CHIEF
EXECUTIVE OFFICER MICHAEL A. CRABTREE,
INTERNATIONAL UNION OF OPERATING ENGINEERS
NATIONAL TRAINING FUND, BY ITS DIRECTOR
CHRIS TREML, and INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D,
AFL-CIO BY ITS PRESIDENT & BUSINESS MANAGER
THOMAS A. CALLAHAN,

**~~PROPOSED~~ ORDER OF
VOLUNTARY DISMISSAL**

21-CIV-5162 (CS) (AEK)

                                        Plaintiffs,

            -against-

MASTERCRAFT MASONRY I, INC.,

                                        Defendant.
————————————————————————X

        Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION
FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, INTERNATIONAL
UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND and INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel,
BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is
voluntarily dismissed against Defendant MASTERCRAFT MASONRY I, INC.

Dated:   Tarrytown, New York
         July 22, 2021

                                        Respectfully submitted,

                                        BRADY McGUIRE & STEINBERG, P.C.

                                        /s/ James M. Steinberg
                                        _____
                            By:     James M. Steinberg, Esq.
                                    Attorneys for Plaintiffs
                                    303 South Broadway, Suite 234
                                    Tarrytown, New York 10591
                                    (914) 478-4293
                                    james@bradymcguiresteinberg.com

To:     Mastercraft Masonry I, Inc.
        65 South Broadway
        Tarrytown, New York 10591

    SO ORDERED.

    _Cathy Seibel_   7/22/21
    _____
    CATHY SEIBEL, U.S.D.J.

        The Clerk shall close the case.